UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DWIGHT W. PHELAN                                                                                    PLAINTIFF

v.                          Case No. 2:18-CV-02049

UNUM LIFE INSURANCE COMPANY OF AMERICA                                        DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 16th day of January, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE